# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MICHAEL D. HARRIS | CIVIL ACTION NO. 18-0606 |
| | SECTION P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SHERIFFS DEPT. OUACHITA PARISH, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Michael D. Harris's request for this Court to intervene in his state court proceeding is DISMISSED WITH PREJUDICE under the Younger abstention doctrine.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendants "Sheriffs Dept. Ouachita Parish" and Jay Russell are DISMISSED WITH PREJUDICE as frivolous and for failure to state claims on which relief can be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the remainder of this action is STAYED under the following conditions:

a. If Plaintiff intends to proceed with his claims, he must, within thirty (30) days of the date the criminal proceedings against him have concluded, file a motion asking the Court to lift the stay;

b. If the stay is lifted and the Court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under Heck; if no such finding is made, the action will proceed at that time, absent some other bar to suit;

c. In light of the stay, Plaintiff should not file any more documents (other than an objection to this Report and Recommendation) in this action until the state court proceedings have concluded; and

d. Defendants shall not be required to answer during the stay, and Plaintiff may not seek a default judgment or conduct any discovery.

MONROE, LOUISIANA, this 13th day of July, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE