UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MICHAEL D. HARRIS** | **CIVIL ACTION NO. 18-0606** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS DEPT. OUACHITA PARISH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 17] of the Magistrate Judge having been considered, with no objection having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael D. Harris's remaining excessive-force claim is **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

MONROE, LOUISIANA, this 4th day of March, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE